**Nos. 25-1755, 25-1808**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

---

James March,
Plaintiff-Appellant-Cross-Appellee,

v.

Town of Grand Chute, Jason Van Eperen and Jeffrey Ings,
Defendants-Appellees,
and
Ronald Wolff,
Defendant-Appellee-Cross-Appellant.

---

On Appeal from a Final Judgment of the
United States District Court for the Eastern District of Wisconsin
Case No. 23-C-656, Hon. William C. Griesbach

---

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITON FOR REHEARING AND/OR REHEARING EN BANC IN NO. 25-1755

---

Brian Wolfman
GEORGETOWN LAW APPELLATE
COURTS IMMERSION CLINIC
600 New Jersey Ave., NW,
Suite 312
Washington, D.C. 20001
(202) 661-6582
wolfmanb@georgetown.edu

Counsel for Plaintiff-Appellant-Cross-Appellee James March

August 11, 2026

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff-Appellant-Cross-Appellee James March moves for a twenty-one-day extension of time to file a petition for rehearing and/or rehearing en banc from this Court's August 7, 2026 decision, which is currently due no later than August 21, 2026. *See* Doc. 33, at 2 (Jan. 12, 2026). With the requested extension, the reply would be due no later than **September 11, 2026**. Counsel for Appellees has indicated to undersigned counsel that appellees do not oppose the extension sought in this motion. Counsel for Cross-Appellant Ronald Wolff in No. 25-1808 has also indicated that his client does not oppose, provided that the same extension is granted to him if he chooses to file a petition for hearing and/or rehearing en banc. The attached declaration of Brian Wolfman supports this motion.

August 11, 2026

Respectfully submitted,

/s/ Brian Wolfman
Brian Wolfman
GEORGETOWN LAW APPELLATE COURTS IMMERSION CLINIC
600 New Jersey Ave., NW
Suite 312
Washington, D.C. 20001
(202) 662-9549
wolfmanb@georgetown.edu

Counsel for Plaintiff-Appellant-Cross-Appellee

## DECLARATION OF BRIAN WOLFMAN

I, Brian Wolfman, declare under penalty of perjury that the following is true and correct:

**1.** I am the director of Georgetown Law's Appellate Courts Immersion Clinic (ACIC), an appellate-litigation clinic at Georgetown University Law Center. ACIC is co-counsel for Plaintiff-Appellant-Cross-Appellee James March.

**2.** ACIC had principal responsibility for researching, writing, and producing the opening and reply briefs for Mr. March. On August 7, 2026, a panel of this Court issued a decision adverse to Mr. March in No. 25-1755. Without an extension, a petition for rehearing and/or rehearing en banc would be due on or before August 21, 2026. This motion seeks a 21-day extension, making any petition due on or before **September 11, 2026**.

**3.** Along with co-counsel and in consultation with Mr. March, ACIC is studying the 29-page decision and conducting research to determine whether further panel or en banc review should be sought and, if so, on what issues. If we decide to file a petition, ACIC will take the lead in researching and drafting it. I expect that this process will take substantial time and effort.

**4.** The Clinic's small staff has been working on a full slate of other appellate projects, including reply briefs in two of this Court's cases, *Diaz v. Schmidt*, No. 26-1507, and *Melgaard v. Wis. Dep't of Natural*

*Resources*, No. 25-3275, due on August 12, 2026, and August 19, 2026, respectively.

**5.** A twenty-one-day extension to and including **September 11, 2026** would ensure that ACIC has enough time to determine whether to file a petition for rehearing and/or rehearing en banc and, if necessary, to research, draft, and produce Mr. March's petition.

**6.** This motion is March's first request for an extension of the due date for the filing of a petition for rehearing and/or rehearing en banc.

Executed on August 11, 2026.

/s/ Brian Wolfman
Brian Wolfman

## CERTIFICATE OF SERVICE

I certify that, on August 11, 2026, I electronically filed this motion using the CM/ECF System, which will send notice to all counsel of record registered with the ECF system.

/s/Brian Wolfman
Brian Wolfman