CASE NO. 25-1755
CASE NO. 25-1808
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

---

JAMES MARCH,

Plaintiff-Appellant-Cross-Appellee,

v.

TOWN OF GRAND CHUTE,
JASON VAN EPEREN, and
JEFFREY INGS,

Defendants-Appellees,

and

RONALD WOLFF,

Defendant-Appellee-Cross-Appellant.

---

On Appeal from the United States District Court
for the Eastern District of Wisconsin
The Honorable William C. Griesbach, Presiding

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING AND/OR REHEARING EN BANC IN NO. 25-1808**

---

Defendant-Appellee-Cross-Appellant Ronald Wolff, by and through undersigned counsel, hereby respectfully moves for a twenty-one-day extension of time to file a petition for rehearing and/or rehearing en banc from the Court's August 7, 2026 decision, which is currently due August 21, 2026. This would make the petition due **September 11, 2026**. Plaintiff-Appellant-Cross-Appellee James

March previously filed a similar motion for extension of time to file his petition for rehearing, to September 11, 2026, which the Court has already granted. During the process of conferring with counsel for March and for the other Defendants-Appellees in regard to March's motion, I confirmed that there is no opposition to Wolff receiving a similar extension of time so that any petition for rehearing filed by Wolff would also be due September 11, 2026. I did not oppose March's motion, provided that the same extension be granted to Wolff in Case No. 25-1808. This motion is supported by the attached declaration of Erik S. Olsen.

Dated: August 14, 2026.

*/s/ Erik S. Olsen*
EMINENT DOMAIN SERVICES, LLC
Attorneys for
Defendant-Appellee-Cross-Appellant
Ronald Wolff
Erik S. Olsen
State Bar Number: 1056276

erik@eminentdomainservices.com
Eminent Domain Services, LLC
6515 Grand Teton Plaza, Ste 241
Madison, WI 53719
(608) 535-6109

**DECLARATION OF ERIK S. OLSEN**

I, Erik S. Olsen, declare under penalty of perjury that the following is true and correct:

1. I am counsel for Defendant-Appellee-Cross-Appellant Ronald Wolff.

2. The Court issued a decision adverse to Ronald Wolff in regard to Ronald Wolff's counterclaim, in Case No. 25-1808, on August 7, 2026. A petition for rehearing and/or rehearing en banc is currently due August 21, 2026. This motion seeks a 21-day extension, making any petition due on or before September 11, 2026.

3. Plaintiff-Appellant-Cross-Appellee James March first requested a 21-day extension, which the Court already granted.

4. I did not oppose March's motion, provided that Wolff would be granted a similar extension so that any petition filed in both Case No. 25-1755 and Case No. 25-1808 would be due September 11, 2026.

5. During the original 14 day time period following the August 7, 2026 decision, I have had a full schedule and heavy workload, including multiple meetings with clients out of town and a brief due August 21, 2026 in the Wisconsin Court of Appeals in Case No. 26-AP-844 and a brief due in this Court on August 26, 2026 in *Hawn v. City of Watertown*, Case No. 26-1635.

6. A twenty-one-day extension to September 11, 2026 is necessary to ensure adequate time to decide whether to file a petition for rehearing and/or rehearing en banc and to ensure that any petition is submitted in its highest-quality form.

7. This motion is Wolff's first request for an extension of time for filing a petition for rehearing and/or rehearing en banc.

Dated: August 14, 2026.

*s/ Erik S. Olsen*
Erik S. Olsen